USDC- GREENBELT
'23 APR 21 PM 12:10

**HD**

Rcv'd by: _____AV_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Lauren A Cork,
Plaintiff,
V.                                              Civil No. 8:22-cv-03306-PJM
UNITED STATES POSTAL SERVICE,
et al,
Defendant

Response to Motion to Dismiss
Request to file extension of time

Your honor, I would like to file for an extension of time in order to provide all evidence in which was requested as well as documents proving my case all the way up until the current date, I had been out of the office in which my mail is being held due to my daughter going into labor one month earlier than expected, needing a C-section and needing assistance as well as complications with my grandson. I did not receive my mail which included the notice for dismissal I would like to be able to provide my evidence to show that I followed all the necessary steps to get help as well as provide evidence of the on going and continuing harassment to this current date.

Lauren Cork  4/21/23
(301) 665-6823 , lCork0413@gmail.com